

DEPARTMENT OF INSURANCE, FINANCIAL
INSTITUTIONS AND PROFESSIONAL REGISTRATION

P.O. Box 690, Jefferson City, Mo. 65102-0690

# INSURANCE BULLETIN 12-02

**Implementation of Senate Bill 749**
**Issued** Sept. 14, 2012

**To:** All insurers authorized to conduct health insurance business in Missouri.
All insurers delivering policies covering Missouri residents.
All third-party administrators licensed to administer health insurance business for insurers and self-insured plans covering Missouri residents.

**From:** John M. Huff, Director

**Re:** Implementation of SB 749

On Sept. 12, 2012, the Missouri General Assembly voted to override Governor Nixon's veto of CCS HCS SS SB 749. The bill includes an emergency clause, making the provisions of Section 191.724, RSMo, effective upon passage and approval. The provisions of Section 376.1199, RSMo, become effective on Oct. 12, 2012.

This bulletin is for informational purposes only. Every health insurance carrier operating in this state, every health insurance carrier insuring Missouri residents, and every self-insured plan covering Missouri residents is strongly encouraged to review this law in its entirety to ensure compliance.

The Department will continue to update the market on further implementation requirements.

Exhibit 1