**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| MISSOURI INSURANCE COALITION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No.: _____ |
| JOHN M. HUFF | ) | |
| In his official capacity as Director of | ) | |
| the Missouri Department of Insurance, | ) | |
| Financial Institutions and Professional | ) | |
| Registration, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF HEARING ON PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

TO:     Jeremiah Morgan (jeremiah.morgan@ago.mo.gov)


YOU ARE HEREBY NOTIFIED that Plaintiff Missouri Insurance Coalition will present

for argument and hearing its Motion for Temporary Restraining Order in the United States

District Court for the Eastern District of Missouri, 111 South 10th Street, St. Louis, Missouri

63102, on **Thursday, December 20, 2012 at 11:00 a.m.** or as soon thereafter as Plaintiff may be

heard.

1877989.2

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**


By:           /s/ David W. Gearhart
           Neal F. Perryman, #43057MO
           David W. Gearhart, #50292MO
           600 Washington Avenue, Suite 2500
           St. Louis, Missouri 63101
           Telephone:  314-444-7600
           Facsimile:  314-612-7394
           E-mail:  nperryman@lewisrice.com
           E-mail:  dgearhart@lewisrice.com

           *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon the following on this 19th day of December, 2012, in the following manner:

**Via Email**

Jeremiah Morgan
Missouri Attorney General's Office
207 West High Street
Jefferson City, MO 65102
jeremiah.morgan@ago.mo.gov

Attorney for Defendant


           /s/ David W. Gearhart

2