IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MISSOURI INSURANCE COALITION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No.: _____ |
| JOHN M. HUFF | ) | |
| In his official capacity as Director of | ) | |
| the Missouri Department of Insurance, | ) | |
| Financial Institutions and Professional | ) | |
| Registration, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] BOND ORDER

This Court, having reviewed carefully the Verified Complaint of Plaintiff, the Motion of

Plaintiff for a Temporary Restraining Order, the Motion of Plaintiff for Bond, and having heard

argument of counsel for Plaintiff, hereby grants Plaintiff's Motion for Bond and finds a nominal

bond or security of $1.00 needs be placed with the Clerk of the United States District Court for

the Eastern District of Missouri.


SO ORDERED:


_____           _____
The Honorable                                Date
United States District Court Judge
Eastern District of Missouri


Exhibit
1

EXHIBIT 1

1872985.2