# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MISSOURI INSURANCE COALITION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Cause No.: _____ <br> JOHN M. HUFF ) <br> In his official capacity as Director of ) <br> the Missouri Department of Insurance, ) <br> Financial Institutions and Professional ) <br> Registration, ) <br> ) <br> Defendant. ) | |

## MISSOURI INSURANCE COALITION'S
## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Missouri Insurance Coalition hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

**RESPONSE:** None.

2. Subsidiaries not wholly owned by the corporation:

**RESPONSE:** None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

**RESPONSE:** None.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: /s/ David W. Gearhart
Neal F. Perryman, #43057MO
David W. Gearhart, #50292MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: 314-444-7600
Facsimile: 314-612-7394
E-mail: nperryman@lewisrice.com
E-mail: dgearhart@lewisrice.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that a true and correct copy of the foregoing was served upon the following on this 19th day of December, 2012, in the following manner:

**Via Email**

Jeremiah Morgan
Missouri Attorney General's Office
207 West High Street
Jefferson City, MO 65102
jeremiah.morgan@ago.mo.gov

Attorney for Defendant

                 /s/ David W. Gearhart