IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MISSOURI INSURANCE COALITION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No.: _____ |
| JOHN M. HUFF ) | |
| In his official capacity as Director of ) | |
| the Missouri Department of Insurance, ) | |
| Financial Institutions and Professional ) | |
| Registration, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO USE PROCESS SERVER

COMES NOW Plaintiff Missouri Insurance Coalition, and notifies the Court of its intent to use Rufus R. Harmon, 311 Jackson Street, Jefferson City, Missouri 65101 (name and address of process server.)

To serve: Defendant John M. Huff, in his official capacity as Director, Missouri Department of Insurance, Financial Institutions and Professional Registration. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

 December 19, 2012                              /s/ David W. Gearhart
(Date)                                          (Attorney for Plaintiff)

                                                _____
                                                (Attorney for Defendant)

1872741.2