UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI INSURANCE COALITION, HEALTHY ALLIANCE LIFE INSURANCE COMPANY, and HMO MISSOURI, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN M. HUFF, in his capacity as Director of the Missouri Department of Insurance, Financial Institutions, and Professional Registration,<br><br>    Defendant. | No.  4:12CV02354 AGF |

## ORDER

**IT IS HEREBY ORDERED** that the motion (Doc. No. 73) of Our Lady's Inn to expedite the briefing on its Second Motion to Intervene (Doc. No. 71) is **GRANTED**. The parties to the action shall have up to and including **April 10, 2013 at 5:00 p.m.**, to respond to the Motion to Intervene, and Our Lady's Inn shall have up to and including **April 12, 2013 at 12:00 p.m.**, to file a reply to any response.

 /Audrey Fleissig/
 AUDREY G. FLEISSIG
 UNITED STATES DISTRICT JUDGE

Dated this 8th day of April, 2013