UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI INSURANCE COALITION, HEALTHY ALLIANCE LIFE INSURANCE COMPANY, and HMO MISSOURI, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:12CV02354 AGF ) ) ) |
| JOHN M. HUFF, in his capacity as Director of the Missouri Department of Insurance, Financial Institutions, and Professional Registration, | ) ) ) ) ) |
| Defendant. | ) |

## **ORDER**

In light of the filing of a timely motion by Defendant to alter or amend the judgment in this case, the Court will reserve ruling on the second motion of Our Lady's Inn to intervene in the case for the purpose of filing an appeal (Doc. No. 71), until the motion to alter or amend the judgment is resolved.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2013